# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
MILCON Construction, LLC )    ASBCA No. 60124
)
Under Contract No. W912HY-10-D-0019 )

APPEARANCES FOR THE APPELLANT:      Johnathan M. Bailey, Esq.
                                    Kristin E. Zachman, Esq.
                                      Bailey & Bailey, P.C.
                                      San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                      Engineer Chief Trial Attorney
                                    Jane Holt-Duecaster, Esq.
                                    Lloyd R. Crosswhite, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

Following a successful Alternative Dispute Resolution mediation process, the parties entered into a settlement agreement and release and have jointly requested that the Board dismiss this appeal with prejudice. The motion is granted.

Dated: 5 January 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60124, Appeal of MILCON Construction, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals